UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Wesam Abdelzaher

_____

Write the full name of each plaintiff.

**25 CV 8259**

(Include case number if one has been assigned)

-against-

Matthew Bridge

_____

Google LLC

_____

_____

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☐ Yes    ☑ No

RECEIVED
SDNY PRO SE OFFICE
2025 OCT -6 PM 1: 27

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐   **Federal Question**

☑   **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __Wesam Abdelzaher_____ , is a citizen of the State of
(Plaintiff's name)

__New York State_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, **Matthew Bridge**                , is a citizen of the State of
(Defendant's name)

# Georgia

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, **Google LLC**            , is incorporated under the laws of the State of **California**

and has its principal place of business in the State of **California**

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Wesam | M | Abdelzaher |
|---|---|---|
| First Name | Middle Initial | Last Name |

**396 Shepherd Ave Apt 5**

Street Address

| Brooklyn | New York | 11208 |
|---|---|---|
| County, City | State | Zip Code |

**3475007429**                **wesam.abdelzaher0@gmail.com**

Telephone Number            Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

Matthew      Bridge
First Name      Last Name

Customer Engineering Manager
Current Job Title (or other identifying information)

111 SERENADE LN
Current Work Address (or other address where defendant may be served)

WOODSTOCK      GA      30188
County, City      State      Zip Code

Defendant 2:

Google
First Name      Last Name

Corporation Service Company
Current Job Title (or other identifying information)

2 Sun Court, Suite 400
Current Work Address (or other address where defendant may be served)

Peachtree Corners      GA      30092
County, City      State      Zip Code

Defendant 3:

First Name      Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City      State      Zip Code

Defendant 4:

_____
First Name                          Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                        State                    Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:  Virtual

Date(s) of occurrence:  December 2024 - September 2025

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Additional Page Attached

# FACTS :

On December 5, 2025, from approximately 2:00 PM to 2:45 PM, Plaintiff interviewed with Google hiring manager Matthew Bridge and customer engineer Jimmy Ruiz.

Google requested that Plaintiff prepare and deliver a 30-minute technical presentation as part of this interview, followed by a 15-minute question-and-answer session.

This was Plaintiff's third round of interviews for the position, and Plaintiff had previously interviewed for two other positions at Google, each involving multiple interview rounds.

In each instance, Google recruiters initiated contact with Plaintiff to solicit interest in the positions.

Plaintiff prepared and delivered original technical materials for the requested presentations.

After Plaintiff's December 5, 2025 presentation, Google did not offer Plaintiff a position.

Following these events, Plaintiff filed a lawsuit against Google and Matthew Bridge in April 2025.

Plaintiff observed that Matthew Bridge continued to solicit technical materials from other candidates for the same role via LinkedIn.

During the pendency of that lawsuit, on July 3rd 2025 Plaintiff received a cease-and-desist demand from Google, Matthew Bridge, and/or their counsel concerning a LinkedIn post Plaintiff had made regarding these matters.

As a result of these events, Plaintiff experienced significant emotional distress, including fear for personal safety and concern for future job opportunities. Plaintiff's mental health deteriorated, resulting in hospitalization for over one week and a separate emergency room visit in August and September 2025.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

As a result of these events, I experienced severe emotional distress, including fear for my personal safety and concern about retaliation and damage to my career. I was hospitalized for over one week due to mental health deterioration and had an additional emergency room visit in September 2025. These events also caused significant anxiety about future employment opportunities and potential professional harm.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

Compensatory damages in the amount of $500,000 for  emotional distress, mental health treatment, and damage to professional reputation and career opportunities. Medical expenses including ongoing treatment costs. Punitive damages in an amount to be determined, due to the willful and harmful nature of the conduct by Google and Matthew Bridge. Any other relief the court deems just and proper.

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| October 6, 2025 | | |
|---|---|---|
| Dated | | Plaintiff's Signature |
| Wesam | M | Abdelzaher |
| First Name | Middle Initial | Last Name |
| 396 Shepherd Ave Apt 5 | | |
| Street Address | | |
| Brooklyn | New York | 11208 |
| County, City | State | Zip Code |
| 3475007429 | | wesam.abdelzaher0@gmail.com |
| Telephone Number | | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

# Ogletree
# Deakins

**OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.**

*Attorneys at Law*

599 Lexington Ave, Fl 17
New York, New York 10022
Telephone: 212-492-2500
Facsimile: 212-492-2501
www.ogletree.com

Simone R.D. Francis
(340) 714-5510
Simone.francis@ogletree,com

Marc-Joseph Gansah
(212) 492-2068
marcjoseph.gansah@ogletree.com

July 3, 2025

**VIA ELECTRONIC MAIL**
Wesam Abdelzaher
396 Shepherd Ave APT 5
Brooklyn NY 11208
Wesam.abdelzaher0@gmail.com

Re:     *Cease and Desist* – **Direct Communications with Matthew Bridge**

Wesam,

As you know, we represent Google LLC and Matthew Bridge in connection with the action you commenced against them in the United States District Court for the Southern District of New York.

It has come to our attention that, despite our prior and unambiguous notice to you that we are counsel for Mr. Bridge, you have engaged in direct and improper conduct towards him. Specifically, you created alternate LinkedIn account(s) through which you have posted content related to Mr. Bridge and commented under his posts, including several statements that are defamatory and intended to harass or disparage him publicly.

We demand that **you immediately <u>cease and desist</u>** from this conduct, specifically from:

1. Contacting Mr. Bridge directly in any manner;

2. Posting comments or messages about Mr. Bridge or in response to Mr. Bridge's LinkedIn content; and

3. Engaging with Mr. Bridge, directly or indirectly, through social media or any other platform.

Any further communications you wish to make regarding Mr. Bridge or the underlying matter must be directed solely to this office. Should you fail to comply with this request, we will have no choice but to raise the matter with the Court and seek appropriate relief.

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Buffalo ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Columbus ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Fresno
Greenville ▪ Houston ▪ Indianapolis ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada)
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ Salt Lake City ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) Torrance ▪ Washington

Wesam Abdelzaher
July 3, 2025
Page 2

This letter is sent without waiver of any rights, remedies, or claims, all of which are expressly reserved.

Sincerely,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C

By:      *Marc-Joseph Gansah*

MJG: npa

90935106.v1-OGLETREE